**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**TRAVIS FENDER**                                                    **PLAINTIFF**

**V.**                            **Case No. 3:22-cv-00172-LPR**

**BRYAN PANNELLS AND**
**NUCOR-YAMATO STEEL COMPANY**                          **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered today in this case, it is CONSIDERED, ORDERED, and

ADJUDGED that this case is hereby DISMISSED with prejudice.  The Court retains jurisdiction

for 60 days to enforce settlement.

IT IS SO ADJUDGED this 18th day of March 2024.

_____

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE